**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **DENMAN KOUNTZE, JR., as President and Trustee of the Hitchcock Foundation, Naples, Florida,**<br><br>    **Plaintiff,**<br><br>**vs.**<br><br>**FIRST NATIONAL BANK OF OMAHA,**<br><br>    **Defendant.** | **CASE NO. 8:04CV615**<br><br>**ORDER** |

Based upon the Status Report filed by the State of Nebraska, Office of the Attorney General (Filing No. 36),

IT IS ORDERED:

1. The Amended Complaint shall be filed, if at all, with the Court and served upon the Defendant First National Bank of Omaha on before December 16, 2005; and

2. The Motion for Leave to Withdraw as Counsel and to be Removed from the Service List (Filing No. 35) is granted, and the Clerk shall take the necessary steps to remove the attorneys associated with the Domina Law Group, identified in the motion, from the service list.

Dated this 31st day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge