## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENMAN KOUNTZE, JR., as President and Trustee of the Hitchcock Foundation, Naples, Florida,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL BANK OF OMAHA,<br><br>    Defendant.<br><br>STATE OF NEBRASKA,<br><br>    Intervenor. | 8:04CV615<br><br>ORDER |

  This matter is before the magistrate judge on the motion for substitution of counsel filed by the State of Nebraska, Intervenor.

  **IT IS ORDERED** that the motion for substitution of counsel (#38) is granted. The appearance of Jaime R. Placek shall be terminated and the record shall reflect that Leslie A. Campbell-Levy is counsel of record for the State of Nebraska.

  **DATED October 31, 2005.**

              BY THE COURT:

              s/ F.A. Gossett
              **United States Magistrate Judge**